IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HOME STATE COUNTY MUTUAL INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:17-cv-1315 |
| HOME DEPOT PRODUCT AUTHORITY, LLC | § § § § | Jury Trial Requested |
| Defendant. | § | |

**PLAINTIFF HOME STATE COUNTY MUTUAL INSURANCE COMPANY'S DISCLOSURE STATEMENT**

Pursuant to FED. R. CIV. P. 7.1, Plaintiff Home State County Mutual Insurance Company ("Home State") submits the following Disclosure Statement that identifies with regard to all non-governmental corporate parties, any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Home State discloses that it is a county mutual insurance company organized and existing under the laws of the State of Texas. No parent corporation or publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

*/s/ Brent Lee*

_____
GREG K. WINSLETT
Attorney-In-Charge
State Bar No. 21781900
Southern District Bar No. 13078
gwinslett@qslwm.com

BRENT LEE
Of Counsel
State Bar No. 24036959
Southern District Bar No. 821509
blee@qslwm.com

QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument is being served electronically on this 2nd day of May, 2017, in accordance with the Federal Rules of Civil Procedure.

*/s/ Brent Lee*
Brent Lee

4848-3377-3383, v. 1