IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HOME STATE COUNTY MUTUAL, INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action. No. 4:17-cv-1315 |
| HOME DEPOT PRODUCT AUTHORITY, LLC | § § § | Jury Trial Requested |
| Defendant. | § § | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Home State County Mutual Insurance Company, is a Texas county mutual insurance company managed by Home State General Agency Inc. Home State General Agency Inc. is a wholly owned subsidiary of Home State Insurance Group, Inc., a privately held Texas corporation. No publicly held corporation owns 10% or more of the stock of Home State Insurance Group, Inc.

Respectfully submitted,

*/s/ Greg K. Winslett*
_____
GREG K. WINSLETT
Attorney-In-Charge
State Bar No. 21781900
S.D. Tex. Bar No. 13078
gwinslett@qslwm.com

BRENT LEE
Of Counsel
State Bar No. 24036959
S.D. Tex. Bar No. 821509
blee@qslwm.com

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument is being served electronically on this 9th day of May, 2017, in accordance with the Federal Rules of Civil Procedure.

 */s/ Greg K. Winslett*
Greg K. Winslett