UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 31, 2017
David J. Bradley, Clerk

| | |
|---|---|
| Home State County Mutual Insurance Company, | § § § § |
| Plaintiff, | § § |
| versus | § § Civil Action H-17-1315 |
| Home Depot Product Authority, LLC, | § § § |
| Defendant. | § |

## Conditional Dismissal

1. On the agreement of the parties, this case is dismissed with prejudice. (12)

2. By August 31, 2017, the parties may move to reinstate.

3. This court retains jurisdiction to enforce the settlement.

4. The conference of July 31, 2017, is cancelled.

Signed on July 31, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge