| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
September 14, 2017
David J. Bradley, Clerk

Home State County Mutual  §
Insurance Company,  §
  §
        Plaintiff,  §
  §
versus  §    Civil Action H-17-1315
  §
Home Depot Product Authority, LLC,  §
  §
        Defendant.  §

## Final Dismissal

1.    Neither party having moved for reinstatement, this case is dismissed with prejudice.

2.    This court retains jurisdiction to enforce the settlement.

Signed on September 12, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge